**IP INNOVATION, L.L.C.,**
**Plaintiff–Appellant,**

v.

**WEBCT, INC., Defendant,**

and

**Ecollege.Com, Defendant–Appellee,**

and

**DigitalThink, Inc., Defendant–Appellee,**

and

**Docent, Inc., Defendant–Appellee,**

and

**The Princeton Review, Inc.,**
**Defendant–Appellee.**

**No. 04–1571.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Oct. 27, 2004.

### ORDER

The order of dismissal and the mandate dated September 30, 2004 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.